# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133230-1

DESTINY 98 TD SCIO TOWNSHIP,
      Plaintiff-Appellee,

v

                                        SC: 133230
                                        COA: 270400
                                        Washtenaw CC: 05-000235-CK

ALL OCCUPANTS,
      Defendant,

and

PETER BEAL,
      Defendant-Appellant.
_____/

PETER BEAL,
      Plaintiff-Appellant,

v

                                          SC: 133231
                                        COA: 270401
                                        Washtenaw CC: 05-000018-CH

DESTINY 98 TD SCIO TOWNSHIP,
      Defendant-Appellee.
_____/

On order of the Court, the application for leave to appeal the November 21, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

d0618

                                    Clerk